**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **EDWARD WHITE,**<br>Plaintiff,<br>v.<br>**THE KROGER CO., et al.,**<br>Defendants. | CASE NO. 1:25-cv-00229<br><br>JUDGE DOUGLAS R. COLE |

**NOTICE OF APPEARANCE**

Please take notice that Rebecca L. Hill of the law firm Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, P.O. Box 1008, Columbus, Ohio 43216, hereby enters her appearance as counsel on behalf of Defendants The Kroger Co. and Fred Meyers Stores, Inc. in this matter.

Respectfully submitted,

*/s/ Rebecca L. Hill*

Mark A. Knueve (0067074), Trial Attorney
Robert A. Harris (0059549),
Rebecca L. Hill (0100972)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216
(614) 464-6400
maknueve@vorys.com
raharris@vorys.com
rlhill@vorys.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 30th day of March 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered with CM/ECF.

*/s/ Rebecca L. Hill*
Rebecca L. Hill